# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 99.186.63.79 | AT&T Internet Services | 2012-02-16 02:01:41 |
| 216.189.163.87 | Atlantic Broadband Finance | 2012-01-20 07:28:16 |
| 65.8.204.82 | BellSouth.net | 2011-12-16 08:45:37 |
| 74.178.230.219 | BellSouth.net | 2011-11-09 14:00:44 |
| 98.70.132.217 | BellSouth.net | 2011-11-07 05:33:11 |
| 173.168.128.210 | Bright House Networks | 2012-01-16 01:06:05 |
| 173.168.96.60 | Bright House Networks | 2011-10-18 04:37:50 |
| 173.170.197.18 | Bright House Networks | 2011-11-18 02:21:50 |
| 174.134.203.225 | Bright House Networks | 2011-10-21 22:04:54 |
| 184.88.81.0 | Bright House Networks | 2012-02-13 16:10:59 |
| 184.91.149.195 | Bright House Networks | 2012-01-03 21:47:33 |
| 24.164.17.12 | Bright House Networks | 2011-11-05 04:59:20 |
| 24.26.58.109 | Bright House Networks | 2011-10-21 03:50:08 |
| 50.89.77.213 | Bright House Networks | 2012-02-08 00:13:23 |
| 67.8.107.183 | Bright House Networks | 2012-02-09 00:27:53 |
| 68.202.122.185 | Bright House Networks | 2012-01-27 04:02:59 |
| 68.202.201.118 | Bright House Networks | 2011-11-19 05:41:04 |
| 68.204.35.99 | Bright House Networks | 2012-01-17 08:12:12 |
| 68.204.4.75 | Bright House Networks | 2011-11-19 23:26:45 |
| 68.204.77.96 | Bright House Networks | 2011-11-25 01:49:30 |
| 68.205.246.124 | Bright House Networks | 2011-11-13 13:57:21 |
| 70.119.229.158 | Bright House Networks | 2011-12-04 16:28:21 |
| 70.126.189.246 | Bright House Networks | 2011-10-19 05:30:55 |
| 72.187.7.128 | Bright House Networks | 2012-02-09 00:11:56 |
| 72.188.96.64 | Bright House Networks | 2011-12-20 08:16:43 |
| 97.100.123.97 | Bright House Networks | 2011-11-16 21:20:17 |
| 97.101.198.118 | Bright House Networks | 2012-01-05 17:07:17 |
| 97.102.164.53 | Bright House Networks | 2011-11-19 19:44:01 |
| 97.102.232.95 | Bright House Networks | 2012-02-20 21:49:54 |
| 97.79.17.29 | Bright House Networks | 2012-01-23 15:03:40 |
| 97.97.35.236 | Bright House Networks | 2011-12-05 12:52:27 |
| 174.48.147.120 | Comcast Cable Communications | 2011-12-02 00:18:56 |
| 66.176.123.146 | Comcast Cable Communications | 2012-01-31 17:54:46 |
| 66.176.229.200 | Comcast Cable Communications | 2012-01-23 16:44:51 |
| 66.176.77.233 | Comcast Cable Communications | 2012-01-22 23:20:42 |
| 66.229.219.3 | Comcast Cable Communications | 2012-01-17 02:29:06 |
| 67.191.121.82 | Comcast Cable Communications | 2012-03-03 09:34:28 |
| 71.196.34.239 | Comcast Cable Communications | 2011-11-23 22:33:33 |
| 75.74.241.235 | Comcast Cable Communications | 2011-10-27 18:09:17 |
| 76.109.0.173 | Comcast Cable Communications | 2012-01-08 12:04:36 |
| 76.111.212.131 | Comcast Cable Communications | 2012-02-01 21:11:26 |
| 76.18.41.137 | Comcast Cable Communications | 2011-12-30 07:26:37 |
| 76.18.53.115 | Comcast Cable Communications | 2011-12-13 15:23:33 |
| 76.26.32.112 | Comcast Cable Communications | 2012-01-19 09:10:32 |
| 76.29.143.230 | Comcast Cable Communications | 2011-12-30 21:27:45 |
| 98.211.181.9 | Comcast Cable Communications | 2011-11-20 19:11:37 |
| 98.242.201.96 | Comcast Cable Communications | 2012-02-17 00:27:46 |
| 98.254.69.162 | Comcast Cable Communications | 2011-11-14 19:41:52 |

| IP Address | ISP | Date/Time |
|---|---|---|
| 174.58.93.17 | Comcast Cable Communications | 2011-10-25 17:25:26 |
| 24.129.104.46 | Comcast Cable Communications | 2011-10-19 22:22:39 |
| 24.129.21.225 | Comcast Cable Communications | 2011-11-28 18:33:16 |
| 24.129.34.116 | Comcast Cable Communications | 2012-02-02 22:55:21 |
| 24.129.95.3 | Comcast Cable Communications | 2012-02-20 22:47:27 |
| 50.128.231.90 | Comcast Cable Communications | 2012-02-17 22:10:48 |
| 71.203.168.43 | Comcast Cable Communications | 2012-01-09 08:57:36 |
| 76.18.199.102 | Comcast Cable Communications | 2012-01-01 08:16:34 |
| 98.208.241.208 | Comcast Cable Communications | 2012-03-04 11:20:10 |
| 98.231.120.237 | Comcast Cable Communications | 2012-01-10 01:47:32 |
| 98.231.98.194 | Comcast Cable Communications | 2011-11-04 18:20:21 |
| 24.254.120.169 | Cox Communications | 2012-01-27 07:23:09 |
| 70.169.186.78 | Cox Communications | 2012-01-04 17:13:53 |
| 70.187.34.112 | Cox Communications | 2011-10-21 15:52:39 |
| 98.170.220.117 | Cox Communications | 2012-01-05 04:15:16 |
| 74.4.213.245 | Embarq Corporation | 2011-10-05 03:49:53 |
| 50.81.125.91 | Mediacom Communications | 2011-11-23 04:32:45 |
| 108.9.198.249 | Verizon Online | 2012-01-19 10:15:09 |
| 108.9.73.215 | Verizon Online | 2011-12-14 04:52:47 |
| 173.78.65.112 | Verizon Online | 2011-11-09 05:29:07 |
| 71.180.181.20 | Verizon Online | 2011-12-29 00:48:42 |
| 71.251.112.125 | Verizon Online | 2012-01-20 08:04:38 |
| 72.64.232.247 | Verizon Online | 2012-02-29 22:24:18 |
| 72.91.115.155 | Verizon Online | 2011-12-02 15:29:17 |
| 72.91.240.135 | Verizon Online | 2012-03-03 18:43:36 |
| 96.228.155.37 | Verizon Online | 2011-10-25 02:12:35 |
| 96.254.192.100 | Verizon Online | 2011-12-05 23:06:13 |
| 75.89.23.74 | Windstream Communications | 2011-12-20 06:43:30 |