IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FIRST TIME VIDEOS LLC, a
foreign corporation,

        Case No. 1:12-cv-20921-JAL

    Plaintiff,

v.

JOHN DOES 1-76,

    Defendants.

_____/

**DECLARATION OF IP ADDRESS 74.178.230.219 IN SUPPORT OF NOTICE OF IMPROPER CONDUCT/MOTION FOR SANCTIONS AND REQUEST FOR A HEARING**

Movant John Doe IP ADDRESS 74.178.230.219 declares under penalty of perjury, as follows:

1) I make this Declaration as a John Doe, subscriber of IP Address 74.178.230.219 in support of the Motion to Sanctions filed herewith.

2) I am represented in this suit by the undersigned counsel, who has made several filings on my behalf.

3) After the undersigned counsel appeared on my behalf in this suit, I received a demand letter from the Plaintiff's attorney informing me that they would include my name in this lawsuit unless I paid their demand. A true and correct copy of the letter, redacted to exclude my personal information, is attached hereto as **Exhibit 1.**

4) After the undersigned counsel appeared on my behalf in this suit, I received repeated phone calls from the Plaintiff's agents.

5) On July 17, 2012 my home was called twice. Once at 8:44 AM and again at 8:46 AM.

6) I have a minor daughter in the home that sometimes answers the phone or picks up our mail, and I do not want her exposed to these allegations.

7) Should the Court require or request me to do so, I will file a notarized version of this declaration which includes my personal information. I will, however, seek to file such a document under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2012.

/s/ John Doe 74.178.230.219