# Kubs Lalchandani

| | |
|---|---|
| **From:** | joperea@perealawfirm.com |
| **Sent:** | Tuesday, July 17, 2012 12:15 PM |
| **To:** | Kubs Lalchandani |
| **Subject:** | RE: Motion for Sanctions - First Time Videos, LLC v. Does |

Gentlemen,

Our office never received a letter of representation or notice of appearance from you on these cases. I recommend you do that in the future. It would make matters clearer for everybody. Similar to the Jacob McCullough case, whereby you represented him part of the time and then you did not represent him at a later time, but never told us that you had stopped representing him, I did not know that you continued to represent these clients after the motion to quash. A letter of representation or a notice of appearance would have clarified that. Either way, it was inadvertent. It was not intentional, and I won't let it happen again.

Will your office accept service on behalf of these clients?
Thanks


Joe

---
Joseph Perea
Attorney, Licensed In Florida

Joseph Perea, P.A.
9100 S. Dadeland Blvd,
Ste 1500
Miami, Florida 33156
joperea@perealawfirm.com

T. 305-934-6215
F. 888-229-4968

NOTICE: THIS EMAIL IS INTENDED TO BE PART OF A SETTLEMENT NEGOTIATION AND IS NOT ADMISSIBLE UNDER FRE RULE 408.


NOTICE:
This communication is covered by the Electronic Communications Privacy Act, found at 18 U.S.C. 2510 et. seq. and is intended to remain confidential and is subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Circular 230 Disclosure: Pursuant to recently-enacted U.S. Treasury Department regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

1

-------- Original Message --------
Subject: Motion for Sanctions - First Time Videos, LLC v. Does
From: Kubs Lalchandani <kubs@lalchandanisimon.com>
Date: Tue, July 17, 2012 9:53 am
To: joperea@perealawfirm.com
Cc: Danny Simon <danny@lslawpl.com>

Joe,

It has been brought to our attention that you have inappropriately attempted to contact our clients, represented by the IP Addresses below, without our permission. Please be advised that such communications constitute a violation of the Florida Ethical Rules. We demand that you cease and desist all such attempts to communicate with these individuals/entities while we prepare the appropriate motion for sanctions.

74.178.230.219
74.4.213.245

Regards,

Kubs Lalchandani
Co-Founder & Partner, Lalchandani Simon PL
25 SE 2nd Avenue, Suite 1050
Miami, FL 33131
Office: (305) 999-5291
Cell: (305) 773-3447
Fax: (305) 671-9282
kubs@lslawpl.com
www.lslawpl.com

This e-mail communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning (305) 999-LAW1. Please then delete the e-mail and any copies of it. Thank you.