**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

---

| | |
|---|---|
| FIRST TIME VIDEOS LLC, | Case No. 1:12-cv-20921-JAL-JJO |
| Plaintiff, | |
| v. | Judge: Honorable Joan A. Lenard |
| DOES 1-76, | Magistrate Judge: Honorable John O'Sullivan |
| Defendants. | |

---

| | |
|---|---|
| FIRST TIME VIDEOS LLC, | Case No. 1:12–Civ–21952-JAL-JJO |
| Plaintiff, | |
| v. | Judge: Honorable Joan A. Lenard |
| DOES 1-25, | Magistrate Judge: Honorable John O'Sullivan |
| Defendants. | |

---

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff First Time Videos LLC.

DATED: October 17, 2012

Respectfully submitted,

First Time Videos LLC

By:   /s/ Maurice Castellanos
Maurice Castellanos (Bar # 104371)
MAURICE CASTELLANOS, P.A.
1031 Ives Dairy Road, Suite 228
Miami, Florida 33179
Phone: 305-338-2687
Facsimile: 954-332-2906
Email: maucastellanos@gmail.com