UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FIRST TIME VIDEOS LLC, | Case No. 1:12-cv-20921-JAL-JJO |
| Plaintiff, | |
| v. | Judge: Honorable Joan A. Lenard |
| DOES 1-76, | Magistrate Judge: Honorable John O'Sullivan |
| Defendants. | |

| | |
|---|---|
| FIRST TIME VIDEOS LLC, | Case No. 1:12–Civ–21952-JAL-JJO |
| Plaintiff, | |
| v. | Judge: Honorable Joan A. Lenard |
| DOES 1-25, | Magistrate Judge: Honorable John O'Sullivan |
| Defendants. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice. The Defendants have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

[signature page to follow]

Respectfully submitted,

First Time Videos LLC

DATED: December 27, 2012

By: /s/ Joseph Perea
Joseph Perea (Bar No. 47782)
9100 S. Dadeland Blvd, Ste 1500
Miami, FL 33156
Telephone: (305) 934-6215
Telecopier: (305) 748-2103
joperea@perealawfirm.com
perealaw@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 27, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Joseph Perea
Joseph Perea